40 So.2d 446

### Dewey ATKINS v. STATE.
#### 6 Div. 809.

Supreme Court of Alabama.
May 13, 1949.

Beddow & Jones, of Birmingham, for petitioner.

Bankhead, Skinner & Kilgore and Elliott & Petree, of Jasper, opposed.

LAWSON, Justice.

Petition of Dewey Atkins for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Atkins v. State, 40 So.2d 444.

Writ denied.

BROWN, FOSTER and STAKELY, JJ., concur.